Prober & Raphael, A Law Corporation
Lee S. Raphael, Esq., Bar ID: 180030
Bonni S. Mantovani, Esq., Bar ID: 106353
Anna Landa, Esq., Bar ID: 276607
Diana Torres-Brito, Esq., Bar ID:163193
Alexander G. Meissner, Esq., Bar ID: 315437
S. Renee Sawyer Blume, Esq., Bar ID:180143
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
Telephone: 818-227-0100
Facsimile: 818-227-0637
cmartin@pralc.com
Attorneys for Secured Creditor Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A
C.241-5991

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Bryan Keith Gutierrez,<br><br>Debtor. | Bk. No. 1:17-bk-11743-MB<br><br>CHAPTER 11<br><br>**STIPULATION RESOLVING DEBTOR'S MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL**<br>**[11 U.S.C. § 506(a), FRBP 3012]**<br><br>Hearing:<br>Date: 05/01/2018<br>Time: 1:30 p.m.<br>Place: U.S. Bankruptcy Court<br>     21041 Burbank Blvd., 3rd Floor<br>     Woodland Hills, CA<br>     Courtroom: 303 |

This Stipulation is entered into by and between Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A (the "Secured Creditor") by and through its attorney, its assignees and/or successors in interest, through its counsel, Alexander Meissner of Prober and Raphael, A Law Corporation, and Bryan Keith Gutierrez (the "Debtor") by and through his attorney, Crystle Lindsey (collectively referred to herein as the "Parties"), with respect to the

1

property generally described as **6903 Montego Street, Chino, CA 91710** ("Subject Property").

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. The parties agree for purposes of resolving the Debtor's Motion for Order Determining Value of Collateral, ("Motion" or "Motion to Value"), the Subject Property is valued at $475,000.00.

2. If Debtor does not confirm a Chapter 11 plan on or before August 10, 2018, then Secured Creditor, at its discretion may revoke its consent to the valuation of the Subject Property contained herein.

3. The terms as set forth herein, including valuation of the Property, shall not be binding on the parties with respect to the confirmation process of Debtor's proposed Chapter 11 Plan(s). Secured Creditor reserves all rights to oppose its plan treatment at the time of confirmation as allowed under the bankruptcy code.

4. Upon entry of an order approving this stipulation, Debtor shall withdraw the Motion.

5. In the event that the instant bankruptcy proceeding is converted, dismissed, or discharged, this Stipulation shall be terminated and have no further force or effect.

DATED: April 3, 2018                PROBER & RAPHAEL, A LAW CORPORATION

By /s/ Alexander G. Meissner
   Alexander G. Meissner, SBN 315437
   Attorneys for Secured Creditor

DATED: 3/4/18                       A.O.E. LAW & ASSOCIATES

By _____
   Crystle J. Lindsey, SBN 281944
   Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RESOLVING DEBTOR'S MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 02/08/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Clarissa D Cu** clarissa@aoelaw.com
**Anthony Obehi Egbase** info@aoelaw.com,sandy@ecf.inforuptcy.com;egbasear54561@notify.bestcase.com
**Crystle J Lindsey** crystle@anthonyegbaselaw.com
**Alexander G Meissner** ameissner@pralc.com
**Kelly M Raftery** bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
**Cassandra J Richey** ecfcca@ecf.courtdrive.com
**S Margaux Ross** margaux.ross@usdoj.gov
**Valerie Smith** claims@recoverycorp.com
**Diana Torres-Brito** ecfcca@ecf.courtdrive.com;dtorres-brito@pralc.com
**United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  4/13/2018  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/13/2018 | Marine Gaboyan | /s/ Marine Gaboyan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| | |
|---|---|
| 1 | **2:**       **SERVED BY U.S. MAIL** |
| 2 | Honorable Martin R. Barash |
|   | U.S. Bankruptcy Court |
| 3 | 21041 Burbank Blvd., Suite 342 |
|   | Woodland Hills, CA 91367 |
| 4 | Judge's Copy |
| 5 | Bryan Keith Gutierrez |
|   | 18424 Collins Street |
| 6 | Tarzana, CA 91356 |
|   | Debtor |
| 7 | |
|   | Crystle J Lindsey |
| 8 | AOE Law & Associates |
|   | 350 S Figueroa St Ste 189 |
| 9 | Los Angeles, CA 90071 |
|   | Attorney for Debtor |
| 10 | |
|   | S. Margaux Ross |
| 11 | 915 Wilshire Blvd, Suite 1850 |
|   | Los Angeles, CA 90017 |
| 12 | Attorney for the U.S. Trustee |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |