United States Bankruptcy Court
Central District of California

In re:  
Bryan Keith Gutierrez  
    Debtor

Case No. 17-11743-MB  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-1    User: agasparia    Page 1 of 1    Date Rcvd: May 21, 2018  
    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.  
38112182    +Wilmington Savings Fund Society, FSB, et al,    c/o Carrington Mortgage Services, LLC,  
    1600 South Douglass Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:

    Alexander G Meissner    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al, its assignees and/or successors in interest ameissner@pralc.com  
    Anthony Obehi Egbase    on behalf of Debtor Bryan Keith Gutierrez info@aoelaw.com, sandy@ecf.inforuptcy.com;egbasear54561@notify.bestcase.com  
    Cassandra J Richey    on behalf of Interested Party    Courtesy NEF cmartin@pralc.com  
    Clarissa D Cu    on behalf of Debtor Bryan Keith Gutierrez clarissa@aoelaw.com  
    Crystle Jane Lindsey    on behalf of Debtor Bryan Keith Gutierrez crystle@cjllaw.com  
    Diana Torres-Brito    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al, its assignees and/or successors in interest ecfcca@ecf.courtdrive.com;dtorres-brito@pralc.com  
    Kelly M Raftery    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com  
    Kristin A Zilberstein    on behalf of Interested Party    Courtesy NEF ecfnotifications@ghidottilaw.com  
    Michelle R Ghidotti    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust ECFNotifications@ghidottilaw.com  
    S Margaux Ross    on behalf of U.S. Trustee    United States Trustee (SV) margaux.ross@usdoj.gov  
    United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov  
    Valerie Smith    on behalf of Interested Party    Courtesy NEF claims@recoverycorp.com  
    W. Sloan Youkstetter    on behalf of Debtor Bryan Keith Gutierrez lawofficeofwilliamsyoukstetter@gmail.com

    TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Central District of California
Case No. 1:17-bk-11743-MB
Chapter 11

In re: Debtor(s) (including Name and Address)

Bryan Keith Gutierrez
18424 Collins Street
Tarzana CA 91356

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/21/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: Wilmington Savings Fund Society, FSB, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 | US Bank Trust National Association<br>c/o SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/23/18

Kathleen J. Campbell
**CLERK OF THE COURT**