FILED & ENTERED

NOV 08 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>BRYAN KEITH GUTIERREZ,<br><br>Debtor. | Case No.: 1:17-bk-11743-MB<br><br>Chapter 11<br><br>**ORDER:**<br><br>**[1] SETTING HEARING ON STIPULATION RESOLVING MOTION FOR RELIEF AND CHAPTER 11 PLAN TREATMENT; AND**<br><br>**[2] DIRECTING COUNSEL TO APPEAR**<br><br><u>Hearing Set</u><br><br>DATE:    November 13, 2018<br>TIME:     1:30 p.m.<br>CTRM:   303<br>              21041 Burbank Blvd.<br>              Woodland Hills, CA 91367 |

On September 4, 2018, creditor U.S. Bank Trust N.A. as Trustee of Bungalow Series III Trust ("U.S. Bank") filed its *"Motion for Relief from the Automatic Stay under 11 U.S.C. §362"* in connection with real property located at 6903 Montgeo Street, Chino, California 91710 (the

**ORDER SETTING HEARING AND DIRECTING COUNSEL TO APPEAR**

1   "Motion," Docket No. 111).  The Motion was set for a hearing on October 3, 2018 at 10:00 a.m.

2   At the hearing, the parties represented that they reached a stipulation resolving the Motion.

3   Thereafter, a *"Stipulation Resolving Motion for Relief and Chapter 11 Plan Treatment"* (the

4   "Stipulation," Docket No. 116) was filed.

5        The Court, having reviewed the Stipulation and the record in this case, and with good cause

6   appearing therefor, **HEREBY ORDERS** as follows:

7       1.    The Court will conduct a hearing on the Stipulation on November 13, 2018, at 1:30

8   p.m.; and

9       2.    Counsel for the debtor Bryan Gutierrez and U.S. Bank must appear at the hearing.

10                        # # #

Date: November 8, 2018

Martin R Barash
United States Bankruptcy Judge

2

**ORDER SETTING HEARING AND DIRECTING COUNSEL TO APPEAR**